IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHARLES A. WINSTON                                                                                          PLAINTIFF
ADC #84733

v.                                          NO: 2:12CV00238 JLH/HDY

DEXTER PAYNE, *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to amend is GRANTED. Document #14.

2. Defendants' motion for judgment on the pleadings is GRANTED only to the extent that plaintiff's claims against defendants in their official capacities for monetary damages are DISMISSED WITH PREJUDICE. The motion is DENIED in all other respects. Document #11.

DATED this 20th day of June, 2013.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE