# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

CHARLES A. WINSTON, ADC #84733  PLAINTIFF

v.  NO: 2:12CV00238 JLH

DEXTER PAYNE, *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing plaintiff's complaint with prejudice, and defendants' counterclaim without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE